IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, Individually,
HELEN LAURA LOPEZ, as the Personal Representative
of the Wrongful Death Estate of VICTORIA VAUGHT, Deceased;
DANIEL VAUGHT, Individually;
TODD LOPEZ, as Personal Representative
of the Wrongful Death Estate of MARIAH HURTADO,
KRISTINA MARTINEZ, as Personal Representative
of the Wrongful Death Estate of TINA HURTADO;
JASON HURTADO, Individually and as Next Friend of
E.H. and K.L., minors; and SHIVAUN CARTER, Individually;

     Plaintiffs,

v.                                          Civ. No. 22-0599 KG/JFR

AM TRANSPORT SERVICES, INC., LARIE APARICIO,
AMT LEASING, INC., MAURICIO MARQUEZ,
LANGE LOGISTICS, INC.,
TOM LANGE COMPANY INTERNATIONAL, INC. d/b/a SEVEN SEAS,
TOM LANGE COMPANY, INC.,
FNF CONSTRUCTION INC.,
LISA VEGA, and JAN NICLAS,

     Defendants.

ORDER

This matter comes before the Court on three Motions to Dismiss for Lack of Jurisdiction

and Failure to State a Claim, filed by Lange Logistics, Inc. (Doc. 6), Tom Lange Company

International, Inc. (Doc. 7), and Tom Lange Company, Inc. (Doc. 8).  Subsequent to the Motions

to Dismiss, Plaintiffs filed an Amended Complaint.  (Doc. 28).  Since then, three new Motions to

Dismiss have been filed (Docs. 35, 36, and 37) and remain pending before the Court.

Accordingly, the Motions to Dismiss (Docs. 6, 7, and 8) are denied as moot.

     IT IS SO ORDERED.

                                            _____
                                          UNITED STATES DISTRICT JUDGE