# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, Individually,
HELEN LAURA LOPEZ, as Personal Representative
of the Wrongful Death Estate of VICTORIA VAUGHT, Deceased;
DANIEL VAUGHT, Individually;
TODD LOPEZ, as Personal Representative
of the Wrongful Death Estate of MARIAH HURTADO,
KRISTINA MARTINEZ as Personal Representative
of the Wrongful Death Estate of TINA HURTADO;
JASON HURTADO, Individually and as Next Friend of
E.H. and K.L., minors; and SHIVAUN CARTER, Individually;

Plaintiffs,

v.  No. 1:22-cv-00599-KG-JFR

Removed from the District
Court of Santa Fe County,
State of New Mexico,
D-101-CV-2022-01147

AM TRANSPORT SERVICES, INC., LARIE APARICIO,
AMT LEASING, INC., MAURICIO MARQUEZ, and
FNF CONSTRUCTION INC.,

Defendants.

## STIPULATED ORDER GRANTING
## UNOPPOSED MOTION TO ALLOW DEPOSITIONS

1. Several of Plaintiffs' lay witnesses who will testify to Plaintiffs' damages and injuries are located in Arkansas and are not able to travel to New Mexico for trial.

2. Pursuant to Fed. R. Civ. P. 32, Plaintiffs request to take these six (6) witnesses' depositions, which will be used at trial. Their depositions will conclude by July 30, 2025.

3. The Court's Final Scheduling Order (Doc. 212) states that Discovery must be propounded on or before July 1, 2025, but is silent on depositions to be used for trial.

4.       All parties have agreed to allow the depositions of these six (6) Plaintiffs' lay damage witnesses to take place beyond July 1, 2025, and to conclude by July 30, 2025.

5.       As a matter of course, the parties jointly request the Court allow Plaintiffs to take these six (6) depositions of Plaintiffs' lay damage witnesses to be used at trial.

WHEREFORE, the Court GRANTS Plaintiffs' Unopposed Motion to Allow Depositions for trial of six (6) of Plaintiffs' lay damage witnesses to take place beyond the Discovery deadline date of July 1, 2025, and to conclude by July 30, 2025.

s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.