IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, Individually,
HELEN LAURA LOPEZ, as Personal Representative
of the Wrongful Death Estate of VICTORIA VAUGHT, Deceased;
DANIEL VAUGHT, Individually;
TODD LOPEZ, as Personal Representative
of the Wrongful Death Estate of MARIAH HURTADO,
KRISTINA MARTINEZ as Personal Representative
of the Wrongful Death Estate of TINA HURTADO;
JASON HURTADO, Individually and as Next Friend of
E.H. and K.L., minors; and SHIVAUN CARTER, Individually;

Plaintiffs,

v.                                                                                  No. 1:22-cv-00599-KG-JFR

Removed from the District
Court of Santa Fe County,
State of New Mexico,
D-101-CV-2022-01147

AM TRANSPORT SERVICES, INC., LARIE APARICIO,
AMT LEASING, INC., MAURICIO MARQUEZ, and
FNF CONSTRUCTION INC.,

Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion to Exceed Page Limits with respect to their Response to Defendant FNF Construction, Inc.'s Motion for Summary Judgment. Plaintiff's Motion is well-taken and is hereby GRANTED.

Although the Court grants Plaintiff's Unopposed Motion to Exceed Page Limits, it still expects Plaintiffs to comply with the other relevant provisions included in the District of New Mexico's Local Rules. In particular, the Court notes Local Rule 10.5, which states that "[a] party may file only those pages of an exhibit which are to be brought to the Court's attention,"

and Local Rule 10.6. which states that "[t]he portions of an exhibit the party wishes to bring to the Court's attention must be marked…."

Plaintiffs shall be allowed to exceed 24 pages for their response brief, and exceed 50 pages for exhibits attached in support of their response brief. The Court will limit Plaintiffs' response brief to 45 pages.

IT IS SO ORDERED.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.