IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LILLIAN HURTADO, Individually,**
**HELEN LAURA LOPEZ, as Personal Representative**
**of the Wrongful Death Estate of VICTORIA VAUGHT, Deceased,**
**DANIEL VAUGHT, Individually,**
**TODD LOPEZ, as Personal Representative**
**of the Wrongful Death Estate of MARIAH HURTADO,**
**KRISTINA MARTINEZ, as Personal Representative**
**of the Wrongful Death Estate of TINA HURTADO,**
**JASON HURTADO, Individually and as Next Friend of**
**E.H. and K.L., minors, and SHIVAUN CARTER, individually,**

    Plaintiffs,

v.    No. 1:22-CV-00599-KG/JFR

**AM TRANSPORT SERVICE, INC., LARIE APARICIO,**
**AMT LEASING, INC., MAURICIO MARQUEZ, and**
**FNF CONSTRUCTION, INC., and**
**ROADSAFE TRAFFIC SYSTEMS, INC., Individually**
**and as successor-in-interest to Highway Supply Company, Inc., a/k/a**
**HIGHWAY SUPPLY, LLC, and**
**NOMOREHS, LLC, f/k/a Highway Supply, LLC**

    **Defendants.**

## STIPULATED ORDER OF PARTIAL DISMISSAL

THIS MATTER, having come before this Court upon Motion of Defendants AM Transport Service, Inc., Larie Aparicio, AMT Leasing, Inc., and Mauricio Marquez, the parties hereby stipulating to this Order, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiffs claims against AM Transport Service, Inc., Larie Aparicio, AMT Leasing, Inc., and Mauricio Marquez in the above-captioned matter are dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

IT IS FURTHER ORDERED that the remaining claims of the Plaintiffs against the remaining Defendants are not affected by this Order.

/s/
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

*Respectfully submitted:*

O'BRIEN & PADILLA, P.C.

By: */s/ Daniel J. O'Brien*
DANIEL J. O'BRIEN
6000 Indian School Road NE, Suite 200
Albuquerque, NM 87110
(505) 883-8181
dobrien@obrienlawoffice.com
*Attorneys for Defendants AM Transport Service, Inc,.*
*Larie Aparicio, AMT Leasing, Inc., and Mauricio Marquez*

*Approved as to form:*

BAILEY & OLIVER

*Approved via email*
By: *T. Ryan Scott – 08/07/25*
SACH OLIVER
T. RYAN SCOTT
SAMUEL MASON
3606 Southern Hills Blvd.
Rogers, AR 72758
(479) 202-5200
soliver@baileyoliverlawfirm.com
rscott@baileyoliverlawfirm.com
smason@baileyoliverlawfirm.com

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

*Attorneys for Plaintiffs Lillian Hurtado, Individually, Helen Laura Lopez as PR of the Wrongful Death Estate of Victoria Vaught, Deceased, Daniel Vaught, Individually*

And

SLOAN, HATCHER, PERRY, RUNGE, ROBERTSON & SMITH
EMMA L. RODDY
509 Roma Ave. N.W.
Albuquerque, NM 87102
(903) 757-7000
JSLOAN@SLOANFIRM.COM
*Attorneys for Plaintiffs Lillian Hurtado, Individually,
Helen Laura Lopez as PR of the Wrongful Death Estate
of Victoria Vaught, Deceased, Daniel Vaught, Individually*

And

ODOM LAW FIRM, P.A.
ALAN L. LANE
MATTHEW L. LINDSAY
161 W. Van Asche Loop, Suite 1
Fayatteville, AR 72703
(479) 42207575
alane@odomfirm.com
mlindsay@odomfirm.com
*Attorneys for Plaintiffs Lillian Hurtado, Individually, Helen Laura Lopez as PR of the Wrongful Death Estate of Victoria Vaught, Deceased, Daniel Vaught, Individually*

LILES WHITE PLLC

By: *Approved via email*
    *Stuart R. White – 08/13/25*
    STUART R. WHITE
    KEVIN W. LILES
    500 N. Water Street, Suite 800
    Corpus Christi, TX 78401
    (361) 826-0100
    Stuart@LilesWhite.com
    Kevin@LilesWhite.com
    *Attorneys for Plaintiffs Todd Lopez, As PR of the
    Wrongful Death Estate of Mariah Hurtado, and
    Kristin Martinez as PR of the Wrongful Death
    Estate of Tina Hurtado; Jason Hurtado, Individually,
    and as Next Friend of E.H. and K.L., minors,
    Shivaun Carter Individually*

And

JARAMILLO LAW FIRM P.C.
DAVID J. JARAMILLO
505 Roma Ave. N.W.
Albuquerque, NM 87102
David@djnmlaw.com
law@djnmlaw.com
*Attorneys for Plaintiffs Todd Lopez, As PR of the Wrongful Death Estate of Mariah Hurtado, and Kristin Martinez as PR of the Wrongful Death Estate of Tina Hurtado; Jason Hurtado, Individually, and as Next Friend of E.H. and K.L., minors, Shivaun Carter Individually*


RINCON LAW GROUP, P.C.

*No response*
By: _____
CARLOS RINCON
YOSEF W. ABRAHAM
1014 N. Mesa, Suite 200
El Paso, Texas 79902
(915) 532-6800
CRincon@rinconlawgroup.com
YAbraham@rinconlawgroup.com
*Attorneys for FNF Construction, Inc*