IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, et al.,

    Plaintiffs

v.                                                    No. 1:22-cv-00599-KG-JFR

FNF CONSTRUCTION INC., et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant FNF's Construction Inc.'s objections to Plaintiffs' amended deposition designations before trial. Docs. 368–70, 372–73. At the threshold, the Court rejects Plaintiffs' argument that FNF's objections during the five depositions at issue did not preserve those objections for trial, *see* Doc. 367 at 11–14, as FNF's objections were "stated concisely in a nonargumentative and nonsuggestive manner" under Federal Rule of Civil Procedure 30(c)(2). The Court addresses FNF's deposition objections below.

1.    **Robert Wood Deposition Objections (Doc. 370)**

The Court's overrules, without prejudice, FNF's objections to Robert Wood's deposition testimony, as they are moot. The Court will require Mr. Wood to appear in person at trial, and his deposition testimony is admissible for impeachment purposes only. The Court reaches this conclusion because both parties intend to call Mr. Wood during their cases in chief, Mr. Wood is an important witness for both parties, and his appearance in person for both parties will avoid confusing the issues and misleading the jury.

1

2. **Sgt. Davin Barela Deposition Objections (Doc. 368)**

- **Lines 87:2 to 87:10**: FNF's objections are sustained, as the testimony lacks foundation and asserts an improper legal conclusion.

- **Lines 88:5 to 88:11**: FNF's objections are sustained, as the testimony lacks foundation, calls for speculation, and relies on "Exhibit 106B," a document about which the Court does not have information at this stage.

- **Lines 94:20 to 94:25**: FNF's objections are sustained, as the testimony calls for speculation and asserts an improper legal conclusion.

- **Lines 92:9 to 92:20**: FNF's objections are sustained, as the testimony calls for speculation, lacks foundation, asserts an improper legal conclusion, and is argumentative.

- **Lines 97:1 to 97:25**: FNF's objections are sustained, as the testimony calls for speculation, asserts an improper legal conclusion, and is argumentative.

- **Lines 145:6 to 145:17**: FNF's objections are sustained, as the testimony calls for speculation, lacks foundation, and asserts an improper legal conclusion.

- The Court overrules FNF's remaining objections to Sgt. Barela's deposition testimony.

3. **Lt. Shane Bennett Deposition Objections (Doc. 369)**

- **Lines 19:3 to 19:13**: FNF's objections are sustained, as the testimony is speculative.

- **Lines 24:3 to 24:7**: FNF's objections are sustained, as the testimony is speculative.

- The Court overrules FNF's remaining objections to Lt. Bennett's deposition testimony.

4. **Larie Aparicio Deposition Objections (Doc. 372)**

- **Lines 47:9 to 47:14**: FNF's objections are sustained, as the testimony is speculative and lacks foundation.

- **Lines 48:3 to 48:10**: FNF's objections are sustained, as the testimony is speculative, lacks foundation, and asserts an improper legal conclusion.

- **Lines 60:25 and 61:1 to 61:5**: FNF's objections are sustained, as the question is leading and assumes facts not in evidence, and testimony about what Mr. Aparicio "wished" would have happened is irrelevant.

- **Lines 52:3 to 52:13**: FNF's objections are sustained, as the Court does not have information at this stage about what "Exhibit 13" is, and Mr. Aparicio's testimony about what Officer Lundy did the night of the crash lacks foundation, is speculative, and assumes facts not in evidence.

- **Lines 52:16 to 52:25**: FNF's objections are sustained, as the Court does not have information about what "Exhibit 14" is at this stage, and the deposition excerpt does not include Mr. Aparicio's answer to the question "And you drove past this sign too?"

- **Lines 47:16 to 47:24**: FNF's objections are sustained, as the testimony is speculative, lacks foundation, and asserts an improper legal conclusion.

- **Lines 48:20 to 48:25**: FNF's objections are sustained, as the testimony is speculative, lacks foundation, and asserts an improper legal conclusion.

- **Lines 53:25 to 54:19**: FNF's objections are sustained, as the Court does not have information about what "Exhibit 16" is at this stage.

- **Lines 56:11 and 56:16**: FNF's objections are sustained, as the question is leading and the Court does not have information about what "Exhibit 20" is at this stage.

- **Lines 56:18 and 56:21**: FNF's objections are sustained, as the question is leading and lacks foundation.

- **Lines 56:23 to 56:25**: FNF's objections are sustained, as the question is leading and the deposition excerpt does not include Mr. Aparicio's answer.

- **Lines 57:1 to 57:5**: FNF's objections are sustained, as the question "Do you see this?" is vague and lacks foundation.

- **Lines 57:7 to 57:13**: FNF's objections are sustained, as the question is leading and lacks foundation.

- **Lines 58:8 to 58:15**: FNF's objections are sustained, as the testimony is speculative, lacks foundation, and asserts an improper legal conclusion.

- **Lines 55:19 to 55:24**: FNF's objections are sustained, as the question is leading and the Court does not have information about what "Exhibit 19" is at this stage.

- **Lines 56:1 to 56:6**: FNF's objections are sustained, as the question is leading.

- **Lines 59:11 to 59:22**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 60:11 to 60:16**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 60:18 to 60:23**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 61:7 to 61:22**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 62:2 to 62:20**: FNF's objections are sustained, as the questions are leading and the testimony is speculative.

- **Lines 62:21 to 62:25**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 63:5 to 63:11**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 63:13 to 63:17**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 63:18 to 63:25**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 64:1 to 64:7**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 64:9 to 64:14**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 67:13 to 67:19**: FNF's objections are sustained, as the question is leading and the testimony is speculative and asserts an improper legal conclusion.

- **Lines 67:21 to 67:25 and 68:1 to 68:2**: FNF's objections are sustained, as the question is leading and the testimony is speculative.

- **Lines 64:16 to 64:25**:  FNF's objections are sustained, as the question lacks foundation and is leading, and Mr. Aparicio's answer asserts an improper legal conclusion.

- **Lines 66:2 to 66:20**: FNF's objections are sustained, as the questions are leading and the testimony is speculative and asserts improper legal conclusions.

- **Lines 70:4 to 70:17**: FNF's objections are sustained, as the questions are leading and the testimony lacks foundation and is speculative.

- **Lines 70:22 to 70:25**: FNF's objections are sustained, as the question is leading.

- The Court overrules FNF's remaining objections to Mr. Aparicio's deposition testimony.

5. **Dr. Chad Songy Deposition Objections (Doc. 373)**

    - The Court sustains all of FNF's objections to Dr. Songy's deposition testimony, as the questions are leading.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.