IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, Individually, HELEN LAURA LOPEZ,
as Personal Representative of the Wrongful Death Estate of
VICTORIA VAUGHT, Deceased; DANIEL VAUGHT, Individually;
TODD LOPEZ, as Personal Representative of the Wrongful Death Estate
of MARIAH HURTADO, KRISTINA MARTINEZ as Personal
Representative of the Wrongful Death Estate of TINA HURTADO;
JASON HURTADO, Individually and as Next Friend of E.H. and K.L.,
minors; and SHIVAUN CARTER, Individually;

   *Plaintiffs,*

v.   No. 1:22-cv-00599-KG-JFR

Removed from the District
Court of Santa Fe County,
State of New Mexico,
NO. D-101-CV-2022-01510

AM TRANSPORT SERVICES, INC., LARIE APARICIO,
AMT LEASING, INC., MAURICIO MARQUEZ, and
FNF CONSTRUCTION INC.,

   *Defendants.*

### ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF FINAL JUDGMENT

Before the Court is the Motion for Entry of Final Judgment ("the Motion") filed by Defendant FNF Construction, Inc. After considering the Motion, any response, the jury's verdict, and all the matters filed on the docket of this case and raised in open court, the Court concludes that all claims asserted against Defendant by Plaintiffs in this matter have been resolved, and that there is no just reason for delay in entering final judgment in favor of Defendant. Accordingly, the Court **GRANTS** the Motion. The Court will enter a separate final judgment in accordance with Rule 58.

1

Signed on this 6th day of February, 2026.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.