IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LILLIAN HURTADO, Individually, HELEN LAURA LOPEZ,
as Personal Representative of the Wrongful Death Estate of
VICTORIA VAUGHT, Deceased; DANIEL VAUGHT, Individually;
TODD LOPEZ, as Personal Representative of the Wrongful Death Estate
of MARIAH HURTADO, KRISTINA MARTINEZ as Personal
Representative of the Wrongful Death Estate of TINA HURTADO;
JASON HURTADO, Individually and as Next Friend of E.H. and K.L.,
minors; and SHIVAUN CARTER, Individually;

   *Plaintiffs,*

v.                                                                                  No. 1:22-cv-00599-KG-JFR

Removed from the District
Court of Santa Fe County,
State of New Mexico,
NO. D-101-CV-2022-01510

AM TRANSPORT SERVICES, INC., LARIE APARICIO,
AMT LEASING, INC., MAURICIO MARQUEZ, and
FNF CONSTRUCTION INC.,

   *Defendants.*

## FINAL JUDGMENT

By its Order dated February 6, 2026, the Court granted Defendant FNF Construction, Inc.'s Motion for Entry of Final Judgment. The Court finds that all of Plaintiffs' claims against Defendant have been disposed, and there is no just reason for delay in entering final judgment.

Accordingly, the Court ENTERS this Final Judgment in favor of Defendant on all claims, and Plaintiffs shall take nothing against Defendant.

**This judgment finally and fully disposes of all claims and is appealable.**

Signed on this 6th day of February, 2026.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.